RONALD A. PELC ET AL. *v.* CITY OF DANBURY ET AL.

The plaintiffs' motion to dismiss the appeal of Carol and Anthony Palermo, Zeta Margo and Sarah Rothkopf from the Superior Court in Fairfield County is denied.

*Lloyd Cutsumpas,* for the plaintiffs.

*Andrew Wittstein,* for Palermo et al.

*Richard Nahley,* for the named defendant et al.

Argued December 5—decided December 5, 1972

ELCO BEVERAGE COMPANY *v.* MORRIS FINEGOLD, TRUSTEE

The plaintiff's motion for judgment in his favor from the Court of Common Pleas in the judicial district of Waterbury is denied and the trial court is directed to file a finding.

*Brian A. Barnes,* for the appellant (plaintiff).

No appearance for the appellee (defendant).